MERVIN A. NEARPASS, Appellant, v. CONCRETE FORM COMPANY, INCORPORATED, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MILLARD F. RILEY, JR., Respondent, v. ERNEST STRINGHAM, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ROSE SCIOLDONI and Others, by ANTHONY SCIOLDONI, Their Guardian ad Litem, Respondents, v. REPUBLIC LIGHT, HEAT AND POWER COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN VAN GEE, as Administrator, etc., of JAMES E. VAN GEE, Deceased, Respondent, v. ANDREW KORTS, Appellant, Impleaded with Another, Defendant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DESSIE M. STONE, as Administratrix, etc., of WALTER K. STONE, Deceased, Appellant, v. JAMES EGAN, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Construction of the Will of MELVILLE A. YAUCK, Deceased. — Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Estate of MARY J. F. S. SWEENEY, Deceased.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of NOEL E. COSHWAY, an Attorney and Counselor at Law.— Report of referee confirmed and order of disbarment entered. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANDREW H. WHITLOCK, Plaintiff, v. WILLIAM P. SCHANCK, Sometimes Called WILLARD P. SCHANCK, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE AMANN, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VIRGINIA WILLIAMS, Appellant, v. CHARLES J. ANDERSON and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARY V. WILLIAMS, by VIRGINIA WILLIAMS, Her Guardian ad Litem, Appellant, v. CHARLES J. ANDERSON and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCES RICIGLIANO, Appellant, v. JOHN HAYDEN and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

REVA S. HILLIGAS, an Infant, by HAROLD A. SPENCER, Her Guardian ad Litem, Appellant, v. FREDERICK HILLIGAS and Another, Respondents.— Appeal dismissed, unless appellant shall file and serve the printed records on appeal by